# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE W. LUSTER, JR.,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82489

FILED

MAR 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a petition for a writ of prohibition. Eighth Judicial District Court, Clark County; Bita Yeager, Judge. Appellant has filed a pro se motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted and this appeal is dismissed.[1]

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Bita Yeager, District Judge
      George W. Luster, Jr.
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk

---

[1]Given this dismissal, the district court clerk need not comply with this court's March 1, 2021, order directing transmission of the record.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-06379